UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G. BRICE JONES, INDIVIDUALLY AND G. BRICE JONES, d/b/a A PROFESSIONAL LAW CORPORATION | * * * * * | CIVIL ACTION: 06-8552 |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | MAGISTRATE 3 |
| STATE FARM FIRE AND CASUALTY COMPANY | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all Homeowner's claims pertaining to the Homeowner's Insurance policy only and all claims asserted thereunder by the plaintiff, G. Brice Jones, individually, shall be and are hereby dismissed, with prejudice, with each party to bear their respective costs of court. Plaintiff reserves all rights regarding the pending business related claims asserted under plaintiff's business policy.

New Orleans, Louisiana, this 29th day of October, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.

S:\2760\138\PLEADINGS\ORDER - MOTION TO DISMISS HOMEOWNER'S CLAIMS WITH PREJUDICE.DOC