## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G. BRICE JONES, INDIVIDUALLY AND G. BRICE JONES, d/b/a A PROFESSIONAL LAW CORPORATION | * * * * | CIVIL ACTION: 06-8552 |
| | * | JUDGE DUVAL |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | MAGISTRATE 3 |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF PARTIAL DISMISSAL

Considering the foregoing Joint Motion of Partial Dismissal, with prejudice:

IT IS HEREBY ORDERED that the claims for "Building" and "Personal Property" damage filed by plaintiff, G. Brice Jones, individually and d/b/a G. Brice Jones A Professional Law Corporation, under the business policy with State Farm (State Farm Claim No. 18-R367-270) are hereby dismissed, with prejudice.  Plaintiff reserves all rights regarding the pending "Loss of Income" claim asserted herein under plaintiff's business policy and the related claim for arbitrary and capricious bad faith handling of the "Loss of Income" element of the business claim.

{N0018114}

Signed at New Orleans, Louisiana, this __20th__ day of __December__, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.

{N0018114}2